# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 9, 2026

Lyle W. Cayce
Clerk

———————

No. 25-60546
Summary Calendar

———————

Mahmoud Mohamed Reda Mahmoud Moselhy,

*Petitioner,*

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Respondent.*

———————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A221 345 118

———————————————————

Before King, Haynes, and Ho, *Circuit Judges.*

Per Curiam:[*]

Mahmoud Mohamed Reda Mahmoud Moselhy, a native and citizen of Egypt, petitions for review of a decision of the Board of Immigration Appeals (BIA) affirming the immigration judge's denial of his motion to reconsider the denial of his motion to reopen. We review the denial of a motion to reconsider "under a highly deferential abuse-of-discretion

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

standard." *Lowe v. Sessions*, 872 F.3d 713, 715 (5th Cir. 2017) (internal quotation marks and citation omitted).

First, Moselhy's due process claims are not cognizable. *See Santos-Zacaria v. Garland*, 598 U.S. 411, 425 (2023); *Ramos-Portillo v. Barr*, 919 F.3d 955, 963 (5th Cir. 2019). Next, Moselhy argues that the agency violated the regulations that govern relief applications. Because the Government is correct that he did not exhaust the claims before the BIA, we will not consider them. *See* 8 U.S.C. § 1252(d)(1); *Carreon v. Garland*, 71 F.4th 247, 257 & n.11 (5th Cir. 2023). The petition for review is DENIED.